**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7712**

DANIEL MCRAE, Federal Detainee,

               Plaintiff - Appellant,

     v.

CONMED, Charles City Detention Center,

               Defendant – Appellee,

     and

NANCY SIDOROWICZ, a/k/a Nancy, P.A., Nurse,

               Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:12-cv-01347-AW)

Submitted: November 28, 2012     Decided: December 12, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Daniel McRae, Appellant Pro Se. Thomas Althauser, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel McRae seeks to appeal the district court's order granting Appellee's motion to dismiss the claims against Appellee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order McRae seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellee's motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2